### STATE v. EUGENE HINES.

(Filed 12 April, 1933.)

**Criminal Law L a—**

> Where nothing is done to perfect the appeal of a defendant, although he was allowed to appeal *in forma pauperis,* and the appeal is not ready for argument at the call of the district to which it belongs, the appeal will be dismissed on motion of the State.

MOTION by State to docket appeal, affirm judgment and dismiss the appeal.

*Attorney-General Brummitt and Assistant Attorney-General Seawell for the State.*

STACY, C. J. At the November Term, 1932, Forsyth Superior Court, Eugene Hines was tried upon an indictment charging him with the murder of one Lacy Weatherspoon, which resulted in a conviction and sentence of death. The prisoner gave notice of appeal to the Supreme Court, but this has not been prosecuted as required by the rules, albeit he was allowed to appeal *in forma pauperis,* and was given sixty days from 17 November within which to make out and serve statement of case on appeal, and the solicitor was allowed sixty days thereafter to prepare and file exceptions or countercase.

PLOTKIN *v.* BOND CO.

Apparently nothing has been done on behalf of the prisoner to perfect his appeal. The case should have been ready for argument at the call of the Eleventh District, 4 April, 1933, the district to which it belongs. The motion of the State will be allowed. Judgment

Affirmed. Appeal dismissed.